1   JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
2   Fresno, California 93721
Telephone: (559) 444-0300
3

4   Attorney for Defendant
Jose Arias-Diaz

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 09-411 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| JOSE ARIAS-DIAZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Kevin Rooney, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Jose Arias-Diaz, that **the sentencing hearing in the above-referenced matter now set for May 23, 2011, may be continued to June 27, 2011 at 9:00 A.M.**

This continuance is requested by counsel for Defendant as defense needs time research the applicable sentencing laws and complete its sentencing memorandum. The requested continuance will conserve time and resources for the parties and the court.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.


                                                                       BENJAMIN B. WAGNER
                                                                       United States Attorney

DATED: May 19, 2011                             By:  <u>KEVIN P. ROONEY</u>
                                                                           Assistant United States Attorney

| | |
|---|---|
| DATED: May 19, 2011 | By: /s/ JON K. RENGE<br>Attorney for Defendant<br>JOSE ARIAS DIAZ |

**O R D E R**

IT IS SO ORDERED.

Dated: May 19, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE