UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Osvaldo Martin Arias-Diaz**<br>**Docket Number: 0972 1:09CR00411-002**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Osvaldo Martin Arias-Diaz is requesting permission to travel to La Laja, Jalisco, Mexico. Osvaldo Martin Arias-Diaz is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 23, 2011, Osvaldo Martin Arias-Diaz was sentenced for the offense of 21 USC 841(a)(1) – Conspiracy to Manufacture Marijuana (Class A Felony).

**Sentence Imposed:** 30 months custody of the Bureau of Prisons, 60 months Supervised Release, $100 Special assessment.

**Dates and Mode of Travel:** Departing December 28, 2016, and returning January 18, 2017. Mode of transportation is own personal vehicle.

**Purpose:** To visit his mother, Maria Lilia Diaz, and family.

1

**RE:   Osvaldo Martin Arias-Diaz
       Docket Number:  0972 1:09CR00411-002
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   December 6, 2016
         Fresno, California
         TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:     BRIAN J. BEDROSIAN
                  Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved     ☐   Disapproved

IT IS SO ORDERED.

Dated:  December 8, 2016

SENIOR DISTRICT JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX